### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ███████████ THAT IS STORED AT PREMISES CONROLLED BY GOOGLE | MJ-   19-131-B <br><br> **Filed Under Seal** |

### UNITED STATES' MOTION TO SEAL SEARCH WARRANT DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the search warrant, application, affidavit, and associated documents in the above-captioned matter for ninety (90) days.

The investigation is in the pre-indictment stage. Disclosure of the search warrant documents – which pertain to alleged violations of 18 U.S.C. § 1348(2) – may alert the subjects to the ongoing investigation, of which they are unaware. There is reason to believe that notification of the investigation may seriously jeopardize the investigation, including by giving the target(s) an opportunity to destroy or tamper with evidence or change patterns of behavior. The United States therefore requests that the search warrant, application, affidavit, and other associated documents all be sealed for ninety (90) days. Should the investigation or need for sealing continue beyond this date, or should unsealing the matter be appropriate prior to the expiration of the ninety (90) days, the United States will submit an additional motion.

WHEREFORE, the United States moves the Court to seal the case regarding the above-captioned matter for ninety (90) days.

Dated July 16, 2019.

                        Respectfully Submitted,

                        RICHARD W. MOORE
                        UNITED STATES ATTORNEY

                        By: */s/ SINAN KALAYOGLU*
                        Sinan Kalayoglu
                        Assistant United States Attorney
                        United States Attorney's Office
                        63 South Royal Street, Suite 600
                        Mobile, Alabama 36602
                        Telephone: (251) 441-5845