IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ▆▆▆▆▆▆▆▆▆▆▆ THAT IS STORED AT PREMISES CONROLLED BY GOOGLE<br><br>IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CELL PHONE NUMBER ▆▆▆▆ THAT IS STORED AT PREMISES CONTROLLED BY AT&T<br><br>IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CELL PHONE NUMBER ▆▆▆▆ AND ▆▆▆▆ THAT IS STORED AT PREMISES CONTROLLED BY VERIZON | Case No. MJ 19-0131-B<br><br>**Filed Under Seal** |

**ORDER**

This matter is before the Court on the United States' Motion to Keep Case Sealed. The Court, after having considered the motion and finding that the best interests of this case will be served by causing the case to be sealed for an additional one hundred and eighty (180) days, it is hereby:

ORDERED that the case remain under seal for an additional one hundred and eighty (180). The Court FURTHER ORDERS that the case be sealed for a one hundred and eighty (180) day period, unless the United States seeks, and the Court approves, an extension.

SO ORDERED this __28th__ day of June 2021.

                                                    P. Bradley Murray
                                                    UNITED STATES MAGISTRATE JUDGE

*Digitally signed by P. Bradley Murray*
*Date: 2021.06.28 17:03:52 -05'00'*